DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
DEBRA D. LEW, ESQ. (State Bar # 114537)
COOK, PERKISS & LEW
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 51,776

Attorneys for Plaintiffs JORGE L. AVILA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE L. AVILA, MARIA DEL CARMEN JIMENEZ, ESTHER GONZALEZ, IMELDA ADAMS, MARIA RODRIGUEZ, ROSA CARDOZA, GARY JOHNSON and CARLOS RASCON DURAN, on behalf of themselves and other similarly situated former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>INFODISC TECHNOLOGY COMPANY, LTD.,<br><br>Defendant. | CASE NO. C07 80114-PJH-MISC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER |

Said notice of motion and motion for assignment of rights having come on regularly for hearing this 11th day of July, 2007 at 9:00 a.m. before the Honorable Phyllis J. Hamilton, Judge of the United States District Court, and Robert J. Perkiss, Esq., appearing on behalf of Plaintiffs JORGE L. AVILA, MARIA DEL CARMEN JIMENEZ, ESTHER GONZALEZ, IMELDA ADAMS, MARIA RODRIGUEZ, ROSA CARDOZA, GARY JOHNSON and CARLOS RASCON DURAN, on behalf of themselves and other similarly situated former employees, and no opposition nor appearance filed by the Defendant INFODISC TECHNOLOGY COMPANY, LTD., and no claim of exemption having been filed therein, and for good cause appearing.

1  therefore,

2  IT IS HEREBY ORDERED that the motion for assignment of rights, turnover order, and
3  restraining order is hereby granted.

4  IT IS FURTHER ORDERED that all accounts or accounts receivable due and in favor of
5  and for the benefit of Defendant INFODISC TECHNOLOGY COMPANY, LTD. are hereby
6  assigned to Plaintiffs JORGE L. AVILA, MARIA DEL CARMEN JIMENEZ, ESTHER
7  GONZALEZ, IMELDA ADAMS, MARIA RODRIGUEZ, ROSA CARDOZA, GARY
8  JOHNSON and CARLOS RASCON DURAN, on behalf of themselves and other similarly
9  situated former employees, care of its attorney, David J. Cook, Cook, Perkiss & Lew, P.L.C., 333
10 Pine Street, Third Floor, San Francisco, CA 94104 for purposes of payment of the Judgment in the
11 amount of $1,347,343.00, plus interest and costs as may be allowed.

12 IT IS FURTHER ORDERED that Defendant INFODISC TECHNOLOGY COMPANY,
13 LTD. is hereby stayed, prohibited and enjoined, from cashing, negotiating, advancing, collecting,
14 any and all accounts, accounts receivable, rights to payment of money, claims for payment of
15 money due from third parties, or other rights subject to the assignment herein.

16 IT IS FURTHER ORDERED that Defendant INFODISC TECHNOLOGY COMPANY,
17 LTD. is hereby prohibited, stayed and enjoined, from the assignment, mortgage, lien, or sale of
18 any of the accounts, accounts receivable, rights to payment of money, and claims for payment of
19 money due from third parties, the subject matter of the assignment hereunder.

20 IT IS FURTHER ORDERED that Defendant INFODISC TECHNOLOGY COMPANY,
21 LTD. shall deliver all checks, cash, notes, instruments, deposits, deposit accounts, checks, drafts
22 or warrants, to the Marshal, Northern District of California, 450 Golden Gate Avenue, Rm. 20-
23 6888, San Francisco, CA 94102.

24 DATED: 7/24/07

25 PHYLLIS J. HAMILTON
26 JUDGE OF THE UNITED STATES
   DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## NOTICE TO JUDGMENT DEBTOR

PLEASE TAKE NOTICE THAT THE COURT HAS ENTERED AN ORDER ASSIGNING CERTAIN RIGHTS AND PROVIDING FOR A RESTRAINING ORDER. AND OTHER RELIEF. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CONTEMPT IN WHICH YOU MAY BE INCARCERATED IN THE COUNTY JAIL OF NOT MORE THAN 5 DAYS AND PAYMENT OF NOT MORE THE SUM OF $1,000 PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1209.

F:\USERS\DJCNEW\infodisc.ord

## PROOF OF SERVICE

INFODISC TECHNOLOGY COMPANY, LTD.
3535 Hayden Avenue
Culver City, CA 90232
ATTN: OFFICER, MANAGER OR AGENT FOR SERVICE

INFODISC TECHNOLOGY COMPANY, LTD.
1390 Don Haskins Drive
El Paso, TX 79936
ATTN: OFFICER, MANAGER OR AGENT FOR SERVICE

INFODISC TECHNOLOGY COMPANY, LTD.
36, Li Yen St., Chung Ho
Taipei, Taiwan
ATTN: OFFICER, MANAGER OR AGENT FOR SERVICE

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 333 Pine Street, 3rd Floor, San Francisco, CA 94104. On the date set forth below, I served the attached:

[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2007.

/s/ Karene Jen
Karene Jen